**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

FILED by SAS D.C.

MAR 28 2013

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

LMS Medical INC                                    CASE NO 09-21600-CIV-HOEVELER
Plaintiff(s)

vs.

D.F VASCONCELLOS S.A. and ALBEE IMPORT AND EXPORT, INC.
Defendant(s)

_____/

ACKNOWLEDGMENT OF ASSIGNMENT OF JUDGMENT

COMES NOW LMS Medical INC , Plaintiff in the above-styled case and hereby provides the following support of an ASSIGMNET OF JUDGMENT:

1) THAT Judgment was entered by this court on or about 23rd day of February, 2011.

2) THAT Plaintiff LMS Medical INC was awarded against
   Defendant D.F VASCONCELLOS S.A. and ALBEE IMPORT AND EXPORT, INC.,
the sum of $350,482.00 .

3) THAT there have not been any renewals since entry of said judgment by this court and that
   Plaintiff has received $____0____(amount) of judgment from    Defendant to the present date.

4) THAT Plaintiff whom resides in 68 Marathon Street Arlington MA 02474 is the judgment creditor of record.

5) THAT the last address of record for the judgment debtor is 1990 N.E. 163 Street North Miami Beach Florida 33162.

6) THAT I hereby transfer and assign all title, rights and interest in the within judgment
   to the following person:

Gary W. Ebert
2206 Kirby Smith Drive
Bossier City LA 71112-4745

7) THAT I hereby authorize Assignee,  Gary Ebert , to recover, compromise, enforce, and settle said judgment, and I withdraw all rights and claims to same.

The foregoing instrument was acknowledged to me by LMS Medical INC, Represented by Jimmy Walker who produced  Massachusetts Drivers License # 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, as identification and executed this 11th , day of February, 2013 in the State of Massachusetts, County of Middlesex.   March

Notary Signature

CARRIE A. SCRIBNER
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
June 25, 2015

Judgment Creditor
LMS Medical INC     Jimmy Walker



# From the DESK of Gary W. Ebert

```
Voice  + (318) 742-0064
Fax    + (318) 747-5134
garywebert@gmail.com
```

USDC    SD of FL
CLERKS OFFICE
400 N Miami Ave,
Miami, FL 33128

Monday, March 25, 2013

Re:  CIVIL ACTION NO. 09-21600-Civ Hoeveler

Dear:  Honorable Clerk

Please find two copies of a assignment of Judgment for 09-21600-Civ please file it into the record 09-21600-Civ Hoeveler and file stamp the second copy and return it to me in the enclosed envelope.

Further please find a check for $23.00 to cover the cost of two certified copies of the Judgment captioned above. I have enclosed a envelope for return of the certified Copies of the Judgment along with a file copy of the Assignment of Judgment.

Please enter my address as the party to be notified in this matter.

*[signature]*

Gary W. Ebert

Gary Ebert
Mob 1 318 840 8688
+1 318 742 0064   Office 2
+ 1 504 717 4052   Office1
+ 1 318 747-5134 FAX
Home  +1 318 742 0064
2206 kirby Smith drive
Bossier city Louisiana
71112 4745
E-mail garywebert@gmail.com

### 2206 Kirby Smith Drive   Bossier City
### Louisiana   U S A   71112-4745